FILED

AUG 03 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>JEFFREY BEARD, CDCR Secretary; et al.,<br><br>　　　　Defendants - Appellants. | No. 15-15712<br><br>D.C. No. 3:14-cv-00695-JST<br>Northern District of California,<br>San Francisco<br><br>ORDER |

　　In light of the new information provided in the parties' July 28, 2015 responses to our July 20, 2015 order requesting status reports, the parties are ordered to update this court and give their views regarding oral argument and mootness within 24 hours (excluding Saturday and Sunday) of any decision by the governor regarding the Plaintiff-Appellee.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　By: Allison Fung
　　　　　　　　　　　　　　　　Deputy Clerk